IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES EDWARD SMITH**                                                                      **PETITIONER**

**VS.**                      **CASE NO. 5:15CV00012 BRW/HDY**

**WENDY KELLY, Director of the**
**Arkansas Department of Correction**                                                  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.  The certificate of appealability is denied.

IT IS SO ORDERED this 2nd day of April, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE